UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND STAFFORD, on behalf of himself and those similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2106-B |
| DEBICS, LLC, CHRISTOPHER CHUKWUKELU, JOHN DOE 1–10, and DOE CORPORATION 1–10, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Approve FLSA Settlement (Doc. 44). The Court finds that a *bona fide* dispute exists between the parties and that all aspects of the settlement agreement constitute a fair and reasonable resolution of the dispute. The Court further finds that the requests for attorneys' fees, costs, and service award are fair and reasonable. Therefore, the Court **ORDERS** that the Settlement Agreement—including the requested award of attorney's fees and costs, and the service award—is **APPROVED**. The Parties are **ORDERED** to carry out the remaining terms of the Settlement Agreement. This case is **DISMISSED** with prejudice.

SO ORDERED.

SIGNED: March 28, 2024.

_____

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -